VICTOR HERBERT, Respondent, *v.* THE MUSICAL COURIER COMPANY, Appellant.

*Herbert* v. *Musical Courier Co.*, 86 App. Div. 627, affirmed.
(Argued December 6, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 29, 1903, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial.

*Gilbert Ray Hawes* for appellant.

*Thomas D. Adams, Arthur C. Palmer* and *Nathan Burkan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.